## BAYLESS v. JOHNSTON, Warden.

Circuit Court of Appeals, Ninth Circuit.

April 20, 1942.

John Richard Bayless, in propria persona, for appellant.

No other appearances entered.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

WILBUR, Circuit Judge.

This is a petition for leave to appeal in forma pauperis from an order of the Dis-

trict Court dismissing a petition for a writ of habeas corpus. Petitioner alleges that application for leave to proceed on appeal in forma pauperis has been made to the District Court and denied by it. Petitioner does not state whether or not the District Court has certified that the appeal is not taken in good faith. Such showing is required by the holding in Smith v. Johnston, 9 Cir., 109 F.2d 152, 155.

Application is denied.